UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-9-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO CHANGE NAME |
| | : | |
| SHAQUAUN DONDRELL MANSON | : | |

Upon the unopposed motion of the Government, the Court hereby Orders that the name of the Defendant in the file, caption and pleadings by amended to reflect the true and correct name of the Defendant which is SHAQUAN DONDREL MANSON.

This the __31__ day of March, 2014.

SO ORDERED.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE